■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GAETANO FLORES, Appellant.—Judgment of the County Court, Nassau County, ren-

dered January 9, 1976, affirmed (see *People v Yanik,* 43 NY2d 97). Damiani, J. P., Suozzi, Rabin and Shapiro, JJ., concur.